UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 20-20765 |
| Julio C Giraldo ) | | |
| ) | Chapter: | 13 |
| ) | Honorable David D. Cleary | |
| ) | | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

**Order Denying as Unnecessary Motion to Approve Loan Modification and to Shorten Notice**

  IT IS HEREBY ORDERED that the motion is denied. The Bankruptcy Code does not require approval of the proposed modifications to the existing loan agreement and the parties may proceed without court approval.

Enter:

                      Honorable David D. Cleary
Dated: November 15, 2021          United States Bankruptcy Judge