UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 20-20765
Julio C Giraldo )
)
) Chapter: 13
) Honorable David D. Cleary
)
)
Debtor(s) )

## ORDER MODIFYING THE PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the Debtor's MOTION TO MODIFY PLAN; the Court being advised in the premises; with due notice having been given to all parties in interest;

IT IS HEREBY ORDERED:

1. Debtor's current Chapter 13 Plan is modified post-confirmation to:

    a) Defer the current trustee default to the end of the Plan;

    b) Decrease Debtor's Plan payment to $252 a month beginning March 2022 until the end of the plan;
    c) The pot will remain the same; and

    d) The Trustee shall not be required to perform collections on behalf of creditors pursuant to any prior confirmed Plan.

Enter: *David D. Cleary*

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: March 14, 2022

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600